IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FERDINAND RICHARD BALCAR

      Petitioner,                  No. CIV S-09-1541 KJM P

   vs.

RICHARD B. IVES

      Respondent.              <u>ORDER</u>

                              /

        Petitioner, a federal prisoner proceeding pro se, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241, together with an application to proceed in forma pauperis.

        Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis will be granted. <u>See</u> 28 U.S.C. § 1915(a).

        Since petitioner may be entitled to relief if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's habeas petition.

/////

/////

/////

1

1         In accordance with the above, IT IS HEREBY ORDERED that:

2         1. Petitioner's motion to proceed in forma pauperis (docket no. 2) is granted;

3         2. Respondent is directed to file a response to petitioner's habeas petition within sixty days from the date of this order. An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition;

        3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

        4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter; and

        5. The Clerk of the Court shall serve a copy of this order, **the consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court**, and a copy of the petition for writ of habeas corpus on the United States Attorney for the Eastern District of California.

DATED: July 24, 2009.

_____
U.S. MAGISTRATE JUDGE

4
balc1541.100.hc

2